FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH A. HOLEMAN, and YANXIA LI, <br><br>         Plaintiffs, <br><br>         v. <br><br> JONATHAN WEST, field office director of Yakima Field Office, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br>         Defendants. | No.  1:23-CV-03191-SAB <br><br> **ORDER OF DISMISSAL** |

On July 8, 2024, this Court directed Plaintiff to file a status report in this matter on or before July 18, 2024, or face dismissal for failure to prosecute. ECF No. 7. Plaintiff is represented by Gregory Hoover. Defendants have not appeared.

Plaintiff failed to file a report. The Court has an interest in managing its docket, including in a prompt resolution of civil matters. *See Destfino v. Reiswig*, 630 F.3d 952, 959 (9th Cir. 2011). Factors to consider in dismissing a complaint for failure to prosecute can include the risk of prejudice to defendants, the public's interest in a timely resolution, and the need to manage a court's docket. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–44 (9th Cir. 2002).

**ORDER OF DISMISSAL** *1

Pursuant to Fed. R. Civ. P. 41(b), the Court dismisses with prejudice the above-captioned case for failure to prosecute and failure to comply with the Court's July 8, 2024, Order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 8th day of October 2024.



_Stanley A. Bastian_
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2